# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 2:24mj1055-DAO
)
INFORMATION ASSOCIATED WITH INSTAGRAM )
ACCOUNT @KOLETURE THAT IS STORED AT )
PREMISES CONTROLLED BY META PLATFORMS )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Central___ District of ___Utah___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343, 18 U.S.C. 1349, 18 U.S.C. 1956(a)(1)(B) and 1957, 18 U.S.C. 78(j)(b) | Wire Fraud, Conspiracy to Commit Wire Fraud, Money Laundering, and Securities Fraud |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

JONATHAN RICH, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2024

*Judge's signature*

City and state: Salt Lake City, Utah     Daphne A. Oberg, United States Magistrate Judge
*Printed name and title*